F. Jay Rahimi, Esq. (SBN: 305286)
E-mail: Jay@LALSLaw.com
LOS ANGELES LEGAL SOLUTIONS, APLC
17200 Ventura Blvd., Suite 115
Encino, CA 91316
Telephone:  (818) 510.0555
Facsimile:   (818) 510.0590

*Attorneys for Plaintiff,*
Victor Zamora

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ZAMORA, <br><br>Plaintiff, <br><br>vs. <br><br>VERIZON WIRELESS SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and DOES 1-10, inclusive, <br><br>Defendants. | CASE NO. 2:21-cv-05622 DSF (MAR) <br><br>NOTICE OF SETTLEMENT WITH DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX INFORMATION SERVICES, LLC |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Plaintiff VICTOR ZAMORA and Defendants EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC. (the "settling Parties") have agreed to settle

the above referenced matter with respect to the causes of action against these two defendants. The settling Parties anticipate that they will finalize the settlements and file joint requests to dismiss this action with prejudice as to these defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1), no later than thirty (30) days from the date of this Notice of Settlement.

**LOS ANGELES LEGAL SOLUTIONS**

Dated: January 26, 2022        By: s/F. Jay Rahimi
                                                F. Jay Rahimi, Esq.
                                                *Attorney for Plaintiff,*
                                                Victor Zamora

# CERTIFICATE OF SERFICE

United States District Court
Central District of California

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen and not a party to this litigation. My business address is 17200 Ventura Blvd., Suite 115, Encino, CA 91316.

On January 26, 2022, I served the foregoing document described as:

**NOTICE OF SETTLEMENT WITH EQUIFAX AND EXPERIAN**

[X] ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

I declare under penalty of perjury pursuant to the laws of the State of California that the above is true and correct.

Executed on January 26, 2022, at Los Angeles County, California.

_____s/ F. Jay Rahimi_____

F. Jay Rahimi