1  F. Jay Rahimi, Esq. (SBN: 305286)
2  E-mail: Jay@LALSLaw.com
   LOS ANGELES LEGAL SOLUTIONS, APLC
3  17200 Ventura Blvd., Suite 115
4  Encino, CA 91316
   Telephone:  (818) 510.0555
5  Facsimile:   (818) 510.0590

*Attorneys for Plaintiff,*
Victor Zamora

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR ZAMORA,**<br><br>Plaintiff,<br><br>vs.<br><br>**VERIZON WIRELESS SERVICES, LLC and DOES 1-10, inclusive,**<br><br>Defendants. | Case No.: 2:21-cv-05622-DSF-MAR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties, by and through counsel, stipulate to dismissal *with prejudice* of the above-captioned action as to Defendants Equifax Information Services, LLC only. The parties bear their own fees and costs.

IT IS SO STIPULATED.

Dated: February 24, 2022

**LOS ANGELES LEGAL SOLUTIONS**

Dated: February 24, 2022               By: _s/F. Jay Rahimi_____
                                                F. Jay Rahimi, Esq.
                                                *Attorney for Plaintiff,*
                                                Christopher Brown

|   |   |   |
|---|---|---|
| 1 | | **NOKES & QUINN** |
| 2 | Dated: February 24, 2022 | By: _s/Thomas P. Quinn_____ |
| 3 | | Thomas P. Quinn, Esq. |
| 4 | | *Attorney for Defendant,* Equifax Information Services, LLC |

    The filer of this document, F. Jay Rahimi, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized its filing.

                                  /s/ F. Jay Rahimi
                                  F. Jay Rahimi

# CERTIFICATE OF SERVICE

I certify that on February 24, 2022, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: February 24, 2022

      /s/ F. Jay Rahimi
      F. Jay Rahimi