F. Jay Rahimi, Esq. (SBN: 305286)
E-mail: Jay@LALSLaw.com
LOS ANGELES LEGAL SOLUTIONS, APLC
17200 Ventura Blvd., Suite 115
Encino, CA 91316
Telephone: (818) 510.0555
Facsimile: (818) 510.0590

*Attorneys for Plaintiff,*
Victor Zamora

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ZAMORA,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON WIRELESS SERVICES, LLC and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-05622-DSF-MAR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties, by and through counsel, stipulate to dismissal *with prejudice* of the above-captioned action as to Defendants Experian Information Solutions, Inc. only. The parties bear their own fees and costs.

IT IS SO STIPULATED.

                                                         **LOS ANGELES LEGAL SOLUTIONS**

Dated: February 28, 2022              By: _s/F. Jay Rahimi_____
                                                          F. Jay Rahimi, Esq.
                                                          *Attorney for Plaintiff,*
                                                          Christopher Brown

1 | **JONES DAY**

2 | Dated: February 28, 2022           By: _s/Katherine Neben_____
                            Katherine Neben, Esq.
    *Attorney for Defendant,*
    Experian Information Solutions, Inc.

The filer of this document, F. Jay Rahimi, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized its filing.

           /s/ F. Jay Rahimi
           F. Jay Rahimi

**CERTIFICATE OF SERVICE**

I certify that on March 8, 2022, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: March 8, 2022

                                                /s/ F. Jay Rahimi
                                                F. Jay Rahimi