F. Jay Rahimi, Esq. (SBN: 305286)
E-mail: Jay@LALSLaw.com
**LOS ANGELES LEGAL SOLUTIONS, APLC**
17200 Ventura Blvd., Suite 115
Encino, CA 91316
Telephone: (818) 510.0555
Facsimile: (818) 510.0590

*Attorneys for Plaintiff,*
Victor Zamora

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR ZAMORA,**<br><br>Plaintiff,<br><br>vs.<br><br>**VERIZON WIRELESS SERVICES, LLC and DOES 1-10, inclusive,**<br><br>Defendants. | Case No.: 2:21-cv-05622-DSF-MAR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT VERIZON WIRELESS SERVICES, LLC WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties, by and through counsel, stipulate to dismissal *with prejudice* of the above-captioned action as to Defendant **VERIZON WIRELESS SERVICES, LLC**. The parties bear their own fees and costs.

IT IS SO STIPULATED.

**LOS ANGELES LEGAL SOLUTIONS**

Dated: April 12, 2023

By: s/F. Jay Rahimi
F. Jay Rahimi, Esq.
*Attorney for Plaintiff,*
Victor Zamora

1

STIPULATION OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | | **YU MOHANDESI LLP** |
| 2 | Dated: April 12, 2023 | By: _s/Pavel Ekmekchyan_ |
| 3 | | Pavel Ekmekchyan, Esq. |
| | | *Attorney for Defendant,* |
| 4 | | **VERIZON WIRELESS** |
| 5 | | **SERVICES, LLC** |

The filer of this document, F. Jay Rahimi, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized its filing.

　　　　　　　　　　　　　　　　　_/s/ F. Jay Rahimi_
　　　　　　　　　　　　　　　　　F. Jay Rahimi

**CERTIFICATE OF SERVICE**

I certify that on April 12, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: April 12, 2023

                                         /s/ F. Jay Rahimi
                                           F. Jay Rahimi